129 A.3d 1236

Dannielle HADLEY, Petitioner

v.

PHILADELPHIA COURTS and Pennsylvania Board
of Probation & Parole, Respondents.

No. 144 EM 2015.

Supreme Court of Pennsylvania.

Dec. 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Justice EAKIN did not participate in the decision of this matter.